

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 10 2006
OCT 10, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HARVEY WRIGHT

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jhon Doe, Director
Supt. Snooks

_____

06CV5498
JUDGE NORGLE
MAG. JUDGE DENLOW

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

 ✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Harvey Wright

    B. List all aliases: None

    C. Prisoner identification number: #20030025183

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002, Chicago, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Jhon Doe

       Title: Director of Cook County Jail

       Place of Employment: P.O. Box 089002, Chicago, Ill 60608

    B. Defendant: Supt. Snooks, of Division Nine

       Title: Supretendant at Cook County Jail

       Place of Employment: P.O. Box 089002, Chicago, Ill 60608

    C. Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take?
I wrote a grievance to the Grievance board, I also wrote the John Howard Association

2. What was the result?
Never did recieved a response. The did say he has to much power

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
Never got a response.

D. If your answer is NO, explain why not:
It seems that no one wants to confront the defendant or challenge the defendant about His Actions.

3

E. Is the grievance procedure now completed? YES (✓) NO ( )
Yes, because I believe no one is going to Respond to This matter.

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

1. What steps did you take? N.A

2. What was the result? N.A

H. If your answer is **NO**, explain why not: N.A

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Don't Know

B. Approximate date of filing lawsuit: Don't Know

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Harvey Wright

D. List all defendants: Can't because all my paper work has been lost doing these shakedown at one point or another.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 219 South Dearborne, Chi, Ill

F. Name of judge to whom case was assigned: Charle R. Norgle And Honorable Judge Denlow

G. Basic claim made: It was pertaining to illegal arrest and police brutality, And the second one for malicious prosecution.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The first case was stayed, the second cas was dismissed.

I. Approximate date of disposition: Don't know do not have any paper work.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This claim is being made because of mental abuse And cruel And unusual Punishment, And abuse of Authority by Supt. Snooks at the cook county Jail, I tried very hard to get the Director whole name And Supt. Snooks whole name, no one would give it to me, Supt. Snooks is the Supretandant For Division nine at the Jail, Supt. Snooks order Random Shake down where He has all the Inmates get naked And degrades you, Supt. Snooks also makes every one Pack all their Property, And move it to another area, where He has order the officers to Ram shack your Property. When the shake down is over, there is always something missing or destroyed, like for example Personal mail Legal mail certain Food items that was brought off Inmate store, my legal mail was threw away And A small Black Book that was sent to me by the Judicial Inquire Board was missing, doing these shake downs I am constantly being called bitches And whores along with other Inmates, my self And other Inmates are constantly being told by Supt. Snooks about How

6

Our mother's and sister's are bitches and whores And they suck dick, myself and other Inmates are constantly being told by Supt. Snooks can't wait to use tear gas on me and the other Inmates, Supt. Snooks are constantly putting me and other Inmates into a provoking situation, Inmates are constantly being told by Supt. Snook about How God is below him, And How He Has to much Power, And can't no one tell him any thing, I am constantly stressed out worrying about losing all my legal work, because I am fighting for my life, Supt. Snooks have put me and all the other Inmates in danger, officers as well, Supt. Snooks have turned Division nine into a death trapp, Because He has every one walking around on edge and frustrated, And no one has attempted to address this issue, How many people has to get hurt or framed on a charge that one did not commit. Every time Supt. Snooks come through Division nine displaying this behavior He is usually intoxicated. Here are a few witnesses. 4.) Maurice Jones 20060053760
1.) Anthony Davis 20060074265  5.) Darnell Crume 20060071808
2.) Dejan Trotter 20060058853  6.) Zackary Wright 20050017092
3.) Troy Banister 20060023573   7.) Carlos Rivera 20060060828
There are many Inmates that will witness this situation.

7

VI.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want this situation to be investigated, And I want A monitary Reward of 800,000 dollars For all the stress And Abuse And danger I have to deal with, because of Supt. Snooks drunken behavior. We are being treat Real cruel, we have to take cold showers A lot of People got sick From these cold showers especially myself and no medical attention was given, one Inmate got so sick they had to take him to the Hospital. Showers still are cold.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __2__, 20_06_

_Harvey Wright_
(Signature of plaintiff or plaintiffs)

_HARVey WRight_
(Print name)

_# 20030025183_
(I.D. Number)

_P.O. Box 089002 Chicago, Ill 60608_
(Address)

8